IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUIS MANUEL GARCÍA-DE MOTA,<br>Aka: "Luis Manuel García-Mota",<br>"Zapatero", "García-Zapatero"<br>Defendant | INDICTMENT<br><br>CRIMINAL NO. 25-132 (MAJ)<br><br>VIOLATION:<br>8 U.S.C. §§ 1326(a) & (b)(2)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Re-entry of Removed Alien
(Title 8, *United States Code*, Sections 1326(a) & (b)(2))

On or about March 7, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**LUIS MANUEL GARCÍA-DE MOTA,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

Foreperson
Dated: 03/13/2025