IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br><br>v.<br><br>**LUIS MANUEL GARCÍA DE MOTA,**<br>Defendant. | **CRIMINAL NO. 25-132 (MAJ)** |

### UNITED STATES' SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned counsel, and respectfully submits its position as to the sentence that should be imposed on Defendant Luis Manuel García De Mota ("García de Mota") at the sentencing hearing.

### BACKGROUND

On March 7, 2025, García de Mota was found in the United States after having been previously removed and convicted for an aggravated felony. García de Mota has had multiple immigration encounters and two prior criminal convictions in the District of Puerto Rico.

On June 9, 2001, U.S. Border Patrol agents encountered García de Mota along with other illegal aliens, attempting to illegally enter the United States. He was not criminally prosecuted nor administratively processed for removal; instead, he was granted voluntary departure to the Dominican Republic.

On May 24, 2007, the United States Coast Guard interdicted a yawl-type vessel around 2 nautical miles west of Monito Island, Puerto Rico. García de Mota and a codefendant were

criminally prosecuted for conspiring to bring and brining illegal aliens to the United States in criminal case number 07-218 (JAG). *See* Indictment in 07-218 (JAG)—attached herein as **Addendum I**. He was convicted and sentenced to a term of imprisonment of 24 months to be followed by a term of supervised release of 3 years. In addition, García de Mota was placed in removal proceedings and on February 13, 2009, an Immigration Judge issued an order of removal. Pursuant to that order, on March 25, 2009, García de Mota was physically removed from the United States as an aggravated felon to the Dominican Republic.

On September 16, 2013, García de Mota was found illegally present in the United States and was criminally prosecuted for reentry of removed alien after an aggravated felony conviction in criminal case number 13-701 (JAF). *See* Indictment in 13-701 (JAF)—attached herein as **Addendum II**. He was convicted and sentenced to a term of imprisonment of 41 months to be followed by a term of supervised release of 3 years. Immigration authorities issued a Reinstatement of the Prior Order of Removal, pursuant to which on October 18, 2016, he was physically removed from the United States.

In the instant case, on June 10, 2025, García de Mota pled guilty to reentry of removed alien after an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) & (b)(2), pursuant to a plea agreement. *See* ECF Nos. 20, 22.

## SENTENCING CONSIDERATIONS

The United States agrees with the U.S. Probation Office in calculating García de Mota has a Criminal History Category of II, which along with a Total Offense Level of 10, yields a guidelines imprisonment range of 8 to 14 months of imprisonment. Presentence Investigation Report ("PSR"), ECF No. 23 at 16.

## **SENTENCE RECOMMMENDATION**

The United States respectfully requests that the Court sentence García de Mota to a term of imprisonment of 14 months to be followed by a term of supervised release of 3 years. As the Court will see, the recommended sentence is necessary to adequately serve as deterrence and promote respect for the law, and it is sufficient but not greater than necessary to address the Section 3553(a) sentencing factors.

This is the fourth time that García de Mota is encountered by federal law enforcement. For starters, in 2001, he was encountered attempting to illegally enter the United States for the first time and was granted the benefit of voluntary departure. That is, the government did not seek criminal prosecution or even administrative processing for a removal order.

Instead of respecting our Nation's immigration laws, in 2007 he decided to bring a group of illegal aliens to the United States, which included a minor and an infant who were not provided with life jackets or any flotation device. *See* PSR, ECF No. 23 at 10-11. García de Mota and his codefendant failed to heave and evaded their capture for approximately 4 hours. *Id*. at 10. Following his conviction, on March 25, 2009, he was physically removed from the United States as an aggravated felon.

His 2007 conviction for bringing aliens to the United States and subsequent removal did not provide enough deterrence, as he once again illegally reentered the United States in 2013. He was charged with reentry of removed alien after an aggravated felony conviction, and the Court sentenced him to a substantial term of imprisonment of 41 months of imprisonment. Following his 2016 removal from the United States, he has once again reentered illegally for the fourth time.

The fact that a 41-month term of imprisonment did not provide enough deterrence, clearly evinces the need to promote respect for the law and for adequate deterrence. Moreover, according

to him, García de Mota last reentered the United States in June 2018. *Id*. at 6. Assuming this to be true, this means he likely violated the conditions of the 3-year term of supervised release imposed by the Court in case number 13-701 (JAF). This reflects a clear pattern of willingly violating our Nation's immigration laws. García de Mota's purported repentance is belied by the amount of immigration encounters and criminal convictions. For these reasons, the United States submits that a sentence at the high-end of the applicable guidelines is necessary.

WHEREFORE, the United States respectfully submits that a sentence of 14 months of imprisonment is reasonable and just given the circumstances surrounding the offense. In addition, a 3-year term of supervised release will help ensure proper deterrence from future criminal conduct at the hands of García de Mota.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of September, 2025.

W. STEPHEN MULDROW
United States Attorney

*/s/ Steven Liong-Rodríguez*
Steven Liong-Rodríguez
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

*/s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney