IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[1] ROGELIO DE LA CRUZ-BADERA,<br>[2] LUIS MANUEL GARCIA-MOTA,<br>a.k.a. "Garcia Zapatero,"<br><br>Defendants. | **I N D I C T M E N T**<br><br>Criminal No. 07-218 (JAG)<br><br>Violations:<br><br>Title 8, U.S.C., §1324(a)(1)(A)(i) & §1324(a)(1)(A)(v)(I);<br>Title 8, U.S.C. §1324(a)(1)(A)(i) & §1324(a)(1)(A)(v)(II);<br>Title 18, U.S.C. §2 & §2237(a)(1);<br>Title 18, U.S.C. §2 & §2237(a)(2)(A).<br><br>**(FOUR COUNTS)** |

THE GRAND JURY CHARGES:

## COUNT ONE

### A. The Conspiracy

1. From on or about May 23, 2007, through on or about May 24, 2007, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] ROGELIO DE LA CRUZ-BADERA,
[2] LUIS MANUEL GARCIA-MOTA,
a.k.a. "Garcia Zapatero,"**

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other, to bring or attempt to bring to the United States, undocumented aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Attorney General of the United States, or his successor, the Secretary of Homeland Security, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557. All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) & (v)(I).

### B. Overt Acts

2. From on or about May 23, 2007 through on or about May 24, 2007, the defendants utilized a single engine, overcrowded yawl-type vessel ("yawl") of approximately twenty (20) feet in length with

eighteen (18) persons onboard to transport the aliens from the Dominican Republic to Mona Island, Puerto Rico, the United States. The defendants did not have any lifejackets onboard the yawl.

3. On or about May 24, 2007, the defendants failed to obey an order by federal law enforcement officers to heave to that vessel and proceeded to evade authorities by erratically maneuvering the yawl in a pursuit that lasted over four (4) hours. The defendants first proceeded to head to Monito Island as a last attempt to disembark the aliens and then navigated in a westerly course towards the Dominican Republic.

4. During the pursuit of May 24, 2007, the defendants displayed a machete to maintain in order the aliens onboard the yawl who were begging them to stop the yawl and as a threat to disrupt the law enforcement boarding.

5. During the pursuit of May 24, 2007, the defendants threatened to throw overboard the aliens onboard the yawl, including an infant, if the yawl were to be stopped.

## COUNT TWO

6. On or about May 24, 2007, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] ROGELIO DE LA CRUZ-BADERA,**
**[2] LUIS MANUEL GARCIA-MOTA,**
**a.k.a. "Garcia Zapatero,"**

the defendants herein, aiding and abetting each other, did attempt to bring to the United States aliens, knowing that said persons were aliens, near Mona Island, Puerto Rico, a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such aliens have received prior authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such aliens. All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) & 1324(a)(1)(A)(v)(II).

## COUNT THREE

7. On or about May 24, 2007, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] **ROGELIO DE LA CRUZ-BADERA,**
[2] **LUIS MANUEL GARCIA-MOTA,**
a.k.a. "Garcia Zapatero,"

the defendants herein, aiding and abetting each other, while operating a vessel subject to the jurisdiction of the United States, near Mona Island, Puerto Rico, did knowingly fail to obey an order by an authorized federal law enforcement officer, namely U.S. Coast Guard Lieutenant Commander Adam Chamie, to heave to that vessel. All in violation of Title 18, United States Code, §§ 2 & 2237(a)(1).

## COUNT FOUR

8. On or about May 24, 2007, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] **ROGELIO DE LA CRUZ-BADERA,**
[2] **LUIS MANUEL GARCIA-MOTA,**
a.k.a. "Garcia Zapatero,"

the defendants herein, aiding and abetting each other, while onboard a vessel subject to the jurisdiction of the United States, near Mona Island, Puerto Rico, did forcibly resist, oppose, prevent, impede, intimidate, or interfere with a boarding authorized by Federal law.

TRUE BILL,

FOREPERSON
5/30/07

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

José Ruiz Santiago
Assistant U.S. Attorney
Chief, Criminal Division
Dated:

José Luis Suárez-Villafañe
Special Assistant U.S. Attorney
Dated: May 30, 2007