# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff  v.  LUIS MANUEL GARCIA-MOTA, Defendant | **I N D I C T M E N T**  CRIM. NO. 13-701 (JAF)  Violations:  8 U.S.C. § 1326(b)(2)  (ONE COUNT) |

2013 SEP 26 AM 11:37
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
8 U.S.C. § 1326(b)(2)
(REENTRY OF REMOVED FELON)

On or about September 16, 2013, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

**LUIS MANUEL GARCIA-MOTA,**

the defendant herein, being an alien previously deported from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, pursuant to Title 6, <u>United States Code</u>, Sections 202(3), 202(4) and 557, to reapply for admission into the United States. The aforesaid offense was committed after Defendant was deported subsequent to the conviction for the commission of an aggravated felony. All in violation of Title 8, <u>United States Code</u>, Section 1326(b)(2).

TRUE BILL

FOREPERSON
DATED: 9/26/13

ROSA EMILIA RODRÍGUEZ-VÉLEZ
UNITED STATES ATTORNEY

_____
Jose A. Ruiz Santiago
Assistant U.S. Attorney
Chief, Criminal Division

_____
Timothy Henwood
Assistant U.S. Attorney
Deputy Chief, White Collar/General Crimes

_____
Kelley L. Tiffany
Special Assistant U.S. Attorney